**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DWAYNE STRINGER,

    Plaintiff,                                     Case No. 17-cv-11072
                                                              Hon. Matthew F. Leitman

v.

FNU POWELL,

    Defendant,

_____/

**ORDER (1) VACATING ORDER TO SHOW CAUSE (ECF #8)
AND (2) DISMISSING PLAINTIFF'S COMPLAINT (ECF #1)
WITHOUT PREJUDICE**

Plaintiff Dwayne Stringer is a state prisoner currently confined at the Macomb Correctional Facility in New Haven, Michigan. On March 30, 2017, Stringer filed a *pro se* civil-rights Complaint under 42 U.S.C. § 1983. (*See* ECF #1.) The Complaint is handwritten, is in most part illegible, and the Court cannot discern any viable claim that Stringer may intend to assert.

Instead of immediately dismissing Stringer's Complaint, the Court entered an Order to Show Cause on June 20, 2017. (*See* ECF #8.) In that Order, the Court required Stringer to either (1) "show cause, in clear, legible handwriting … why his Complaint should not be dismissed with prejudice for failing to state a claim upon which relief can be granted" or (2) file an Amended Complaint. (*Id.* at Pg. ID 27.) The Court further ordered Stringer to "file his response either in a typed format or

hand-written on every other line of paper while using both uppercase and lowercase letters (i.e., not using all capital letters)." (*Id.* at n.1.)

In response to the Show Cause Order, Stringer has filed multiple documents with the Court. (*See* ECF ## 10, 11, and 13.) The documents do not appear to shed any light on the claim(s) Stringer may be attempting to assert in his Complaint. Moreover, the documents are difficult to read and decipher and do not comply with the requirements of the Show Cause Order. Accordingly, the Court will **VACATE** the Show Cause Order (ECF #8) and **DISMISS** Stringer's Complaint (ECF #1) **WITHOUT PREJUDICE**. This dismissal shall not preclude Stringer from filing a new, legible action that raises claims that may appropriately be addressed by this Court.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 23, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 23, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

2