UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE STRINGER,

    Plaintiff,                                        Case No. 17-cv-11072
                                                          Hon. Matthew F. Leitman

v.

FNU POWELL,

    Defendant,

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR
## THE APPOINTMENT OF LEGAL AID (ECF #17)

Plaintiff Dwayne Stringer is a state prisoner confined at the Macomb Correctional Facility in New Haven, Michigan. He has filed numerous lawsuits in this District. On August 23, 2017, the Court dismissed this action without prejudice because the Court could not discern any viable claim that Stringer may have intended to assert. (*See* Dismissal Order, ECF #14.) At that point the case was closed. Nonetheless, on December 21, 2018, Stringer filed a motion for the appointment of legal aid. Because this case has been closed and because the Court does not believe the relief sought is appropriate at this time, Stringer's motion for the appointment of legal aid (ECF #17) is **DENIED.**

    **IT IS SO ORDERED**.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: March 26, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 26, 2019, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda
                                            Case Manager
                                            (810) 341-9764